# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Michael Anthony Jenkins , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:13-cv-00107-MR and 1:02-cr-00105-MR-DLH-4 (2255) |
| | ) | |
| vs. | ) | |
| | ) | |
| USA , | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2013 Order.

June 12, 2013

Frank G. Johns, Clerk
United States District Court